| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALFRED HARDING, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-01652-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 16, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 11, 2019.

DESIGNATION OF EXPERTS: September 28, 2019; REBUTTAL: October 19, 2018;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 11, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 29, 2019;
　　Opp. Due: April 12, 2019; Reply Due: April 19, 2019;
　　and set for hearing no later than May 3, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: June 18, 2019 at 3:30 PM.

JURY TRIAL DATE: July 1, 2019 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant shall file a motion for a jury.
This case shall be referred to a magistrate-judge for settlements purposes. The settlement conference shall occur in late October 2018.
Default has been entered as to Mr. Harding and the State of California.

1  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated:  8/13/18

_____
SUSAN ILLSTON
United States District Judge