UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiffs,

v.

ALFRED HARDING, et al.,

Defendants.

Case No. 18-cv-01652-SI  (SI)

SECOND
**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT:  February 15, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  April 11, 2019.

DESIGNATION OF EXPERTS: December 28, 2018; REBUTTAL: January 19, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 11, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 28, 2019;
    Opp. Due:  July 12, 2019; Reply Due:  July 19, 2019;
    and set for hearing no later than August 2, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: September 17, 2019 at 3:30 PM.

JURY TRIAL DATE: October 7, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the Consent Motion for Extension to Complete Discovery filed on 10/12/18.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/12/18

SUSAN ILLSTON
United States District Judge