| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiffs,

v.

ALFRED HARDING, et al.,

Defendants.

Case No. 18-cv-01652-SI (SI)

THIRD **PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 10, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 12, 2019.

EXPERT DISCOVERY CUTOFF is: July 12, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 20, 2019;
    Opp. Due: October 4, 2019; Reply Due: October 11, 2019;
    and set for hearing no later than November 1, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: December 17, 2019 at 3:30 PM.

JURY TRIAL DATE: January 6, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the parties request to continue the litigation schedule. The settlement conference scheduled to occur before Magistrate-Judge Laporte shall be continued to 6/28/19.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED.**

Dated: 2/21/19

_____
SUSAN ILLSTON
United States District Judge