UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFRED HARDING, et al.,<br>Defendants. | Case No. 18-cv-01652-SI<br><br>**JUDGMENT** |

Default judgment in the amount of $5,420,042.51, plus interest, penalties and statutory additions, from July 31 2019 forward, is entered in favor of the United States of America and against James Harding. Default judgment that the California Franchise Tax Board be bound to the June 28, 2019 settlement agreement between the United States and Cheryl Harding, and that the Board may not hereafter assert an interest in the property detailed in paragraphs 13 and 19 of the complaint, is entered in favor of the United States of America and against the California Franchise Tax Board.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 12, 2019

_____
SUSAN ILLSTON
United States District Judge